(No. 1033—Claimant awarded $30.00.)

A. W. HARTMAN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 12, 1927.*

REIMBURSEMENT—*when award may be made.* There being no dispute as to the facts in this case, and no objection made by the State, the court enters an award in favor of claimant to reimburse him for moneys expended in the repair of his property damaged by an employee of the State.

ANNA M. MOORE, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

·Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim for damages on account of an automobile collision between claimant and an automobile, the property and under the direction of the Dixon State Hospital.

The claim is for the sum of $30.00 for injury to claimant's car, and, according to a letter filed by the managing officer of the Dixon State Hospital, the claimant should be reimbursed for the price of a new fender and labor in placing it.

Therefore the court recommends that the claimant be allowed the sum of $30.00.